**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6215

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHRISTOPHER RAY-BRYAN ROGERS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Mary G. Lewis, District Judge.  (4:14-cr-00028-MGL-1)

Submitted:  July 21, 2022                          Decided:  July 26, 2022

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Ray-Bryan Rogers, Appellant Pro Se.  Leesa Washington, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Ray-Bryan Rogers appeals the district court's order denying Rogers' motion to withdraw his guilty plea.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Rogers*, No. 4:14-cr-00028-MGL-1 (D.S.C. Jan. 20, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*